## Commonwealth *v.* Chandler, Appellant.

Before GUERIN, P. J.

Submitted March 17, 1969. *William J. Brady, Jr.,* and *Brady, Flint & Doig,* for appellant; *Roger F. Cox* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.